### BOWEN *v.* JACKSON.—In error.

TO sustain a suit for damages on a covenant to convey real estate, the plaintiff must show either a demand of a deed before the suit was commenced, or a sufficient excuse for not making the demand. *Sheets* v. *Andrews*, 2 Blackf. 274.

The covenantor's want of title is a sufficient excuse for not making such demand. *Blann* v. *Smith*, 4 *id*. 517.